# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RJ NAUTICAL,<br><br>    Plaintiff,<br><br>v.<br><br>MV NASSARA,<br><br>    Defendant. | Case No. 2:24-cv-03214-SB-AS<br><br>ORDER RE DISMISSAL |

    This action was dismissed pursuant to the parties' stipulation to dismiss. Dkt. No. 24. All remaining hearings and case deadlines have been vacated.

Date: November 19, 2024

                                          Stanley Blumenfeld, Jr.
                                          United States District Judge